# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Valon Marcel Vailes ,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                             3:11-cv-128
                                                 3:07-cr-162-3

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 8, 2011 Order.

                                                   Signed: November 8, 2011

                                                 Frank G. Johns, Clerk
                                                 United States District Court